UNION STREET TOWER, LLC, Respondent, v ERIC RICHMOND et al., Appellants.

Submitted January 9, 2012; decided March 27, 2012

Reported below, 84 AD3d 784.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.